JS-6

**FILED: 10/29/14**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Juan Moreno**, | Case: 2:14-CV-05379-GHK-SH |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL** |
| v. | |
| **Superfine Station Services, Incorporated,** a California Corporation; and Does 1-10, | |
| Defendants. | |

**ORDER**

Having read the foregoing Notice and good cause appearing therefore, this action is hereby ordered dismissed without prejudice.

Dated: 10/29/14  _____
HONORABLE GEORGE H. KING
CHIEF U.S. DISTRICT JUDGE

---

1

Notice of Dismissal                    2:14-CV-05379-GHK-SH